

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-96,421-01

### EX PARTE ROSALIO TAVAREZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR54935-A IN THE 441ST DISTRICT COURT
### MIDLAND COUNTY

***Per curiam.***

## O P I N I O N

Applicant was convicted of two counts of aggravated sexual assault of a child and sentenced to twenty years' imprisonment and forty years' imprisonment. The Eighth Court of Appeals affirmed his conviction. *Tavarez v. State*, No. 08-22-00119-CR (Tex. App.—El Paso June 6, 2023)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to advise him of right to file a *pro se* petition for discretionary review. Counsel states that the proper notification was mailed. However, the mail room logs at the prison units where Applicant was housed show that Applicant never received that

notice. Based on the record, the trial court has determined that Applicant was denied the proper notice and therefore should be granted the opportunity to file an out of time petition for discretionary review.

We agree. Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006). Applicant may file an out-of-time petition for discretionary review of the judgment of the Court of Appeals in cause number 08-22-00119-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: May 21, 2025
Do not publish